## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW ALWARD, | : | No. 3:26cv1174 |
| | : | |
| Petitioner | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| WARDEN FCI-SCHUYLKILL, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 21st day of May 2026, upon preliminary review of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The application for leave to proceed in forma pauperis is **GRANTED** for the sole purpose of the filing of the action.  (Doc. 7).

2.  The habeas petition is **DISMISSED** without prejudice.  (Doc. 1).

3.  Petitioner's motion for leave to supplement his habeas petition is **GRANTED**, and the arguments therein have been considered.  (Doc. 9).

4.  Petitioner's motion to expedite is **DISMISSED** as moot.  (Doc. 8).

5.    The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

JUDGE JULIA K. MUNLEY
**United States District Court**